**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00094-CMA-KMT

TOM FISHER, Individually,

    Plaintiff,

v.

WOLF CREEK ASSOCIATES, LLC, a Colorado limited liability company,
ROBERT E. CROSS, Individually, and
JAMES L. CROSS, Individually,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the parties' Stipulated Motion for Dismissal Without Prejudice (Doc. # 26). The Court having considered the Stipulation, hereby

ORDERS that this action be DISMISSED WITHOUT PREJUDICE, each party to pay his or its own costs and attorneys' fees.

DATED: May  6 , 2009

                BY THE COURT:

                */s/ Christine M. Arguello*
                CHRISTINE M. ARGUELLO
                United States District Court Judge